UNITED STATES of America,
Plaintiff–Appellee,

v.

Byron DeJesus
BETANCUR–BUSTAMONTE,
Defendant–Appellant.

No. 85–1172.

United States Court of Appeals,
Ninth Circuit.

July 8, 1988.

Before CHAMBERS, FLETCHER and NELSON, Circuit Judges.

The Order and Concurrence filed June 30, 1988 are hereby withdrawn.

The Opinion filed September 16, 1986 is hereby designated a Memorandum disposition.

The Petition for Rehearing is denied.